IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Alejandro Coss and Alberto Castro, on behalf of themselves and all other similarly situated persons, known and unknown, Plaintiff, v. Elly's Pancake House, Inc., John Georges, individually, Glenview Elly's, Inc., and Dimitrios Tsekouras, individually, Defendants. | Case No. 1:15-cv-4073<br><br>Hon. Judge Leinenweber<br><br>Hon. Magistrate Judge Soat Brown |

## STIPULATION TO DISMISS

Plaintiffs, Alejandro Coss and Alberto Castro, by their attorneys, and Defendants, Elly's Pancake House, Inc., John Georges, Individually, Glenview Elly's, Inc., and Dimitrios Tsekouras, Individually, through their attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss his action in its entirety **with prejudice** and without costs or attorneys fees pursuant to settlement, except as otherwise provided for by the parties' agreement. The class claims are dismissed without prejudice.

Respectfully submitted,

s/ _____
**Susan J. Best**
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
312-445-9662
sbest@yourclg.com

s/ _____
Konstantine Sparagis
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
PH: 312-753-6956